IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:24cr443-ECM-CWB |
| | ) | [18 U.S.C. § 2252A(a)(5)(B) and |
| SYDNEY SEYMOUR CARPENTER, JR. | ) | (b)(2)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

COUNT 1
(Possession of Child Pornography)

From on or about October 2020 and continuing through October 2023, in Montgomery County, and elsewhere, within the Middle District of Alabama, the defendant,

SYDNEY SEYMOUR CARPENTER, JR.,

knowingly possessed material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, and which had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer. All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

FORFEITURE ALLEGATION

A. The allegations contained in Count 1 of this Indictment are incorporated by reference for alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

B.  Upon conviction for the violations of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2), as alleged in Count 1 of this Indictment, the defendant,

SYDNEY SEYMOUR CARPENTER, JR.,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, (1) any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and, (3) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense. Such property includes but is not limited to a Lenovo 81MV SN: PF1RVJP0.

All pursuant to Title 18, United Sates Code, Section 2253.

TRUE BILL:

_____
Foreperson

_____
KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

_____
Tara S. Ratz
Assistant United States Attorney

_____
Russell T. Duraski
Assistant United States Attorney

2

# U. S. Department of Justice

*United States Attorney's Office*
*Middle District of Alabama*



## Memorandum

| Subject:<br>Issuance of Arrest Warrant<br>and Limits of Punishment-<br>**SYDNEY SEYMOUR CARPENTER, JR.**<br>Sentencing Guidelines Case | **Date**<br>October 29, 2024 |
|---|---|
| **To**<br>Trey Granger, Clerk<br>U.S. District Court<br>Middle District of Alabama | **From**<br>Tara Ratz<br>Assistant U.S. Attorney  TSR |

RECEIVED 2024 OCT 29 P 3: 04 TREY GRANGER, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

Please issue an arrest warrant for the following person who is to be indicted at the October 29, 2024, Grand Jury:

**SYDNEY SEYMOUR CARPENTER, JR.**
303 Hills Street
Ludowici, GA 31316

### LIMITS OF PUNISHMENT

**Counts 1:** 18 U.S.C. § 2252A(a)(5) – Possession of Child Pornography
  Not more than 20 years imprisonment (if images depict under the age of 12); NMT 10 years if over the age of 12;
  Not more than $250,000 fine;
  Not less than 5 years, not more than life on supervised release;
  $100 assessment fee per count under 18 U.S.C. § 3013;
  $5,000 assessment fee per count under 18 U.S.C. § 3014;
  Not more than $17,000 assessment fee per count under 18 U.S.C. § 2259A(a)(1);
  Not less than $3,000 mandatory restitution per victim under 18 U.S.C. § 2259;
  And an Order of Restitution.

Estimated trial days: 1 ½ - 2 days